# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

CIVIL ACTION NO.: 4:18-cv-02103-RBH

| | |
|---|---|
| Craig Wallace, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **CONSENT ORDER TO REMAND** |
| James Felton Holder and Raven Transport ) | |
| Holding, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

THIS MATTER is before the Court upon consent of all parties who request an Order remanding this action to the South Carolina Court of Common Pleas for Williamsburg County on the basis that Plaintiff stipulates that the amount in controversy is less than the jurisdictional minimum of $75,000.

IT IS ORDERED that this case be remanded to the South Carolina Court of Common Pleas for Williamsburg County with party bearing its own costs.

August 16, 2018  s/ R. Bryan Harwell
Florence, South Carolina  R. Bryan Harwell
United States District Judge


[consent signatures on the following page]

| | |
|---|---|
| SABB LAW GROUP, L.L.C. | TURNER PADGET |
| By: *s/ Kimberly V. Barr* <br> Kimberly V. Barr <br> Federal ID No.: 6631 <br> kbarr@sabblaw.com <br> Ronnie A. Sabb <br> Federal ID No.: 3942 <br> ronniesabb@sabblaw.com <br> P.O. Box 88 <br> Kingstree, SC 29556 <br> (843) 355-5349 | By: *s/ David R. Sligh* <br> David R. Sligh <br> Federal ID No.: 10382 <br> dsligh@turnerpadget.com <br> P.O. Box 2116 <br> Myrtle Beach, SC 29578 <br> (843) 213-5519 |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |